Mrs. H. C. WALKER, Jr., Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.*

Elias GOLDSTEIN, Petitioner, v. SAME (two cases).

Nos. 6807–6809.

Circuit Court of Appeals, Fifth Circuit.

Feb. 15, 1933.

S. L. Herold and Elias Goldstein, both of Shreveport, La., for petitioners.

G. A. Youngquist, Asst. Atty. Gen., Sewall Key, J. Louis Monarch, and F. Edward Mitchell, Sp. Assts. to Atty. Gen., and C. M. Charest, Gen. Counsel, Bureau of Internal Revenue, and J. Arthur Adams, Sp. Atty., Bureau of Internal Revenue, both of Washington, D. C., for respondent.

Before BRYAN, HUTCHESON, and WALKER, Circuit Judges.

PER CURIAM.

A written stipulation entered into by the parties to the above numbered and entitled causes provides that the decision of this court in case numbered 6806 on the docket of this court, 63 F.(2d) 346, wherein H. C. Walker, Jr., is petitioner and the Commissioner of Internal Revenue is respondent, shall be the decision in the above numbered and entitled causes.

The petition in case No. 6806, H. C. Walker, Jr., Petitioner, v. Commissioner of Internal Revenue, Respondent, having this day been denied by this court, pursuant to said stipulation, the petition in each of the three above numbered and entitled causes is denied.

*Rehearing denied — F.(2d) —.